UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60321

MERLE WOOD & ASSOCIATES,
INC., a Florida corporation,

    Plaintiff,

v.

EDMISTON & COMPANY LIMITED,
a foreign corporation, PETERSHAM
HOLDINGS, LTD, a foreign corporation,
BORIS BEREZOVSKY, an individual,

    Defendants.
_____/

## RESPONSE TO ORDER AND
## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, MERLE WOOD & ASSOCIATES, INC., (hereinafter referred to as "MWA"), by and through its undersigned counsel, hereby responds to this Court's Order for a Report as to the Status of Service of Process on the Defendants (DE 2) and hereby gives notice that MWA dismisses this action, <u>without prejudice</u>, under Fed. R. Civ. P. 41(a)(1), as to EDMISTON & COMPANY LIMITED, PETERSHAM HOLDINGS, LTD, and BORIS BEREZOVSKY.

Dated: May 6, 2009

Respectfully submitted,

**Moore & Company P.A.**
Counsel for Plaintiff
355 Alhambra Circle, Suite 1100
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
Email: swagner@moore-and-co.net

**/s/ Scott A. Wagner**
_____
Scott A. Wagner, Esquire
Florida Bar No. 10244
Michael T. Moore, Esquire
Florida Bar No. 207845