UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-60321-CIV-ALTONAGA/Brown

**MERLE WOOD
& ASSOCIATES, INC.**,

    Plaintiff,

v.

**EDMISTON
& COMPANY, LIMITED**, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon Plaintiff, Merle Wood & Associates, Inc.'s Response to Order and Notice of Dismissal Without Prejudice [D.E. 3], filed on May 6, 2009. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is dismissed without prejudice. Each party shall bear its own fees and costs.

The Clerk is directed to **CLOSE** this case forthwith and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of May, 2009.

                                                        */s/ Cecilia M. Altonaga*
                                                    **CECILIA M. ALTONAGA**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record